IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMIL FAZLUTDINOV, | : | 1:21-cv-0427 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| IMMIGRATION AND CUSTOMS | : | |
| ENFORCEMENT AGENCY, et al., | : | |
| Respondent. | : | |

# **ORDER**

**May 24, 2021**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
